# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL A. MORENO, | No. 2:17-cv-01631-AC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The court is in receipt of the parties' stipulation to extend the deadline for plaintiff to file a Motion for Summary Judgment to January 19, 2018. The stipulation is hereby approved and the extension of time GRANTED.

DATED: December 27, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE