MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
BEN A. PORTER, WA. Bar No. 14195
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8979
    Facsimile: (415) 744-0134
    E-Mail: Ben.Porter@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| DANIEL MORENO, JR., | Case No.: 2:17-cv-01631-AC |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

     The parties, through their respective counsel, stipulate that the time for filing of Defendant's Cross-Motion for Summary Judgment and Memorandum in Support of Defendant's Cross-Motion be extended thirty (30) days from February 17, 2018 to March 19, 2018. All subsequent due dates would be extended accordingly. This is Defendant's first request for an extension of time. Counsel for the Defendant needs additional time because of an unusually heavy workload in February.

Respectfully submitted,

Dated: February 13, 2018  */s/ John V. Johnson*
JOHN V. JOHNSON
341 Flume Street, Suite C
Chico, California 95928
Telephone: (530) 893-0696
State Bar #103137

Dated: February 13, 2018  MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *Ben A. Porter*
BEN A. PORTER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED:**

Dated: February 13, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip & Proposed Order for Ext, 2:17-cv-01631-AC  -1-