JOHN V. JOHNSON
Attorney for Plaintiff
MCGREGOR SCOTT
United States Attorney
DEBORAH LEE STACHEL, Bar No. 230138
Regional Chief Counsel, Region IX
Social Security Administration
BEN A. PORTER, WA. Bar No. 14195
Special Assistant United States Attorney

     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8979
     Facsimile: (415) 744-0134
     E-Mail: Ben.Porter@ssa.gov

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| DANIEL MORENO, JR., | ) | CASE. No.: 2:17-CV-01631-AC |
| | ) | |
| Plaintiff, | ) | PROPOSED STIPULATION AND ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated by and between the parties through their undersigned counsel, subject to the approval of the Court, that Daniel Moreno, Jr., will be awarded attorney fees in the amount of SIX THOUSAND FIVE HUNDRED and NO CENTS DOLLARS ($6,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. section 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. section 2412(d).

After the Court issues an order for EAJA fees to Daniel Moreno, Jr., the Defendant will consider any assignment of EAJA fees to John V. Johnson pursuant to Astrue v. Ratliff, 130 S.Ct. 2521, 2252-2253 (2010), the ability to honor any such assignment will depend on whether the fees are subject to any offset allowed under the

United States Department of Treasury's Offset Program. After the order for EAJA fees is entered, the Defendant will determine whether they are subject to any offset.

Fees shall be made payable to Daniel Moreno, Jr., but if the Department of the Treasury determines that Daniel Moreno, Jr., does not owe a federal debt, then the government shall cause the payment of fees to be made directly to John V. Johnson, pursuant to any assignment executed by Plaintiff. Any payment made shall be delivered to John V. Johnson.

This stipulation constitutes a compromise settlement of Daniel Moreno, Jr.'s request for EAJA attorney fees and does not constitute an admission of liability on the part of the Defendant under EAJA. Payment of the agreed amount shall constitute complete release from, and bar to, any and all claims that Daniel Moreno, Jr., and/or John V. Johnson may have relating to EAJA attorney fees in connection with this action. This award is without prejudice to the rights of John V. Johnson to seek Social Security Act attorney fees under 42 U.S.C. section 406(b) subject to the savings clause provisions of EAJA.

Respectfully Submitted,


DATED: October 31, 2018

/ s / John V. Johnson
(As authorized
johnvjohnson@sbcglobal.net)
John V. Johnson
Attorney for Plaintiff

DATED: October 31, 2018

MCGREGOR SCOTT
United States Attorney
   DEBORAH L. STACHEL Acting
   Regional Chief Attorney, Region IX
   Social Security Administration

By: / s / Ben A. Porter
   BEN A. PORTER
   Special Assistant U.S. Attorney
   Attorney for Defendant

## ORDER

APPROVED AND SO ORDERED.

Dated: November 2, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2